UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENVER E. PETIT-HOMME,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | )    C.A. No. 19-11559-LTS |
| STATE OF MASSACHUSETTS,<br>　　　Defendant. | )<br>)<br>) |

## PROCEDURAL ORDER

Plaintiff has filed a self-prepared complaint, but has not paid the $350.00 filing fee and the $50.00 administrative fee[1], see 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, see 28 U.S.C. § 1915 (proceedings in forma pauperis).

Accordingly, plaintiff must either (1) pay the $400.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee. Failure of plaintiff to comply with this directive by **_Thursday, August 8, 2019_** may result in the dismissal of this action.

If plaintiff elects to seek in forma pauperis status, plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. See 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed in forma pauperis. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.

| | |
|---|---|
| 7/18/2019 | Leo T. Sorokin |
| DATE | UNITED STATES DISTRICT JUDGE |

---

[1] The $50.00 administrative fee became effective May 1, 2013. See Judicial Conference Fee Schedule.